**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNION MUTUAL FIRE INSURANCE
COMPANY,

                    Plaintiff,                  22 **CIVIL** 2025 (JPO)

     -against-                         **JUDGMENT**

OHR MAKIF LLC, et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 29, 2023, Union Mutual Fire Insurance Co.'s motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
            August 29, 2023

                                                **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                           **BY:**

                                                    **Deputy Clerk**